UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00394-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. QUINN ALLISON GUYTAN,
   a/k/a Quinn Allison Guytan, Jr.,
2. **ROBERT PHILLIP PIERCE,**

        Defendants.

_____

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING
_____

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#50)** on November 15, 2007 by Defendant Robert Phillip Pierce. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Monday, January 28, 2008,** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for December 14, 2007, and the December 17, 2007, trial date are **VACATED**.

DATED this 19th day of November, 2007.

                                       **BY THE COURT:**

                                       *[signature]*

                                       Marcia S. Krieger
                                       United States District Judge