# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 28, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Tom Destito | |

Criminal Action No. 06-cr-00394-MSK

*Parties*: *Counsel*:

UNITED STATES OF AMERICA,   Greg Holloway

    Plaintiff,

v.

ROBERT PHILLIP PIERCE,   Arthur Nieto

    Defendant.

---

## CONTINUED SENTENCING MINUTES
---

**1:58 p.m.**     **Court in session**.

Defendant present in custody.

This hearing is continued from April 21, 2008.

**Change of Plea Hearing on January 28, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #60).** Statement by Mr. Holloway. Defense counsel concurs and does not object.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statement made by: The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #60)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:59 p.m.** **Court in recess.**

Total Time: 1 hour 1 minute.
Hearing concluded.